**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **FELICIA MURPHY,** | § | |
| | § | |
| **PLAINTIFF** | § | |
| | § | |
| | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:17-cv-215** |
| | § | |
| **ABA RANCH, LLC, ROBERTA LYNN HAWKINS, INDIVIDUALLY, AND STEPHEN REED, INDIVIDUALLY,** | § § § § | |
| | § | |
| **DEFENDANTS** | | |

**DECLARATION OF FELICIA MURPHY**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. My name is Felicia Murphy. I am the Plaintiff in the above-captioned lawsuit. I am over the age of twenty-one (21), and I am fully competent and capable in all respects to make this Declaration. All the facts contained within this Declaration are true and correct and are based upon my personal knowledge.

2. Defendant ABA Ranch, LLC employed me from approximately October 19, 2015 to February 20, 2017. I was employed as a behavioral technician.

3. As an employee of Defendant, I was paid at a rate of fifteen dollars ($15.00) per hour for the first two months of my employment, from October 19, 2015 through December 21, 2015. During this period, I was paid a regular hourly rate of fifteen dollars ($15.00) per hour for all hours worked. For the remainder of my employment, from December 22, 2015 through February 20, 2017, I was paid a regular hourly rate of twenty dollars ($20.00) per hour for all hours worked, including hours worked above forty (40) per week. During my employment with Defendant, I also worked one Saturday a month for approximately five (5) hours per Saturday. I was not paid any compensation for these Saturday shifts.

4. I would work from approximately 8:00 a.m. to 6:15 p.m. Monday through Friday. This is an average of 51.25 hours per week. From October 2015 through August 2016 I was required to keep my own time on physical sign in sheets. In August 2016,

ABA Ranch, LLC started keeping electronic time sheets, but this clock in system malfunctioned in September to October of 2016 and I was required to keeping my own time again until I was fired in February of 2017.

5. For the period that I was paid fifteen dollars ($15.00) per hour (9 weeks x 11.25 overtime hours) I worked one hundred and one point twenty-five (101.25) hours of overtime. The overtime rate of one-half times my regular rate for this period is seven dollars and fifty cents ($7.50) per hour. Multiplying the overtime rate of seven and dollars and fifty cents ($7.50) by the number of overtime hours worked during this period (101.25) equals seven hundred fifty-nine dollars and thirty-eight cents ($759.38). I worked ten (10) hours of overtime during my two Saturday shifts for this period. The overtime rate of one and one-half times my regular rate for this period is twenty-two dollars and fifty cents ($22.50) per hour. Multiplying the overtime rate of twenty-two dollars and fifty cents ($22.50) by the number of overtime hours worked during this period (10) equals two hundred twenty-five dollars ($225.00).

6. For the period that I was paid twenty dollars ($20.00) per hour I worked six hundred and eighty-six point twenty five (686.25) hours of overtime (sixty one (61) weeks multiplied by 11.25 hours of overtime per week). The overtime rate of one-half times my regular rate for this period is ten dollars ($10.00) per hour. Multiplying the overtime rate of ten dollars ($10.00) by the number of overtime hours worked during this period (686.25) equals six thousand, eight hundred and sixty-two dollars and fifty cents ($6,862.50). I worked seventy (70) hours of overtime during my fourteen (14) Saturday shifts for this period. The overtime rate of one and one-half times my regular rate for this period is thirty dollars ($30.00) per hour. Multiplying the overtime rate of thirty dollars ($30.00) by the number of overtime hours worked during this period (70) equals two thousand, one hundred dollars ($2,100.00).

7. The sum of the damages I am owed comes to a total of nine thousand, nine hundred forty-six dollars and eighty-eight cents ($9,946.88) in actual damages.

F Murphy Date: 7/16/18

FELICIA MURPHY