**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **FELICIA MURPHY,** | § | |
| | § | |
| **PLAINTIFF** | § | |
| | § | |
| | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:17-cv-215** |
| | § | |
| **ABA RANCH, LLC, ROBERTA LYNN HAWKINS, INDIVIDUALLY, AND STEPHEN REED, INDIVIDUALLY,** | § § § § | |
| | § | |
| **DEFENDANTS** | | |

**AMENDED DECLARATION OF DOUGLAS B. WELMAKER**

Pursuant to 28. U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. My name is Douglas B. Welmaker. I am over the age of twenty-one (21) and have never been convicted of a felony. The facts contained in this Affidavit are within my personal knowledge and are true and correct. I am fully competent and capable in all respects to make this Declaration.

2. I am the attorney of record for Plaintiff Felicia Murphy.

3. I am licensed to practice in the State of Texas. I have been so licensed since 1993. I am licensed to practice in all Texas Federal District Courts. I have practiced in the area of labor and employment law since 1993.

4. My practice is limited to labor and employment law, and I have represented both plaintiffs and defendants in labor and employment matters. My practice requires substantial legal training, expertise and yearly continuing education requirements. In addition, I believe that I have developed substantial trial and arbitration experience in the area of labor and employment law.

5. As an attorney employed by the law firm of Welmaker Law PLLC, I represent plaintiffs in Fair Labor Standards Act ("FLSA") cases throughout the State of Texas. I have experience representing plaintiffs in the Eastern District of Texas. My hourly rate is Four Hundred and Twenty-Five and No/100 Dollars ($425.00.). This rate is in accordance with that customarily charged by attorneys with my reputation, skill, and experience in cases of this nature.

6. In the course of this litigation I have employed the services of associate counsel. Connor Ambrosini, of the law firm of Dunham & Jones, P.C., has assisted with various matters in this litigation including legal research, document review and client communication. Mr. Ambrosini is a practicing attorney in Austin, Texas in Travis County. Mr. Ambrosini has practiced in the area of labor and employment law since 2017. Mr. Ambrosini billed a total of 3.0 hours on this case at a rate of $250.00 an hour, for a total of $750.00.

7. In the handling of this matter, I have billed a total of 15.5 hours on this case at a rate of $425.00 an hour for a total of $6,587.50. In so doing, I performed the following services:

- Legal research;
- Prepare Original Complaint;

- Conduct damages analysis;

- Multiple conferences with client;

-Prepare all discovery propounded to Defendants, and review Defendants' discovery responses;

-Prepare and file all motions.

8. Attorneys' fees in this matter total $7,337.50 (Seven Thousand Three Hundred Thirty Seven Dollars and 50/100 Dollars).

9. Costs incurred in connection to this matter total Six Hundred Sixty-Eight and 30/100 Dollars ($668.30) as follows:

- Filing fee of Four Hundred and No/100 Dollars ($400.00); and

- Service of process fees of Two Hundred Forty and No/100 Dollars ($240.00).

- Eight Secretary of State research requests of Twelve and No/100 Dollars ($12.00).

- Certified mail fees for sending Motions to Defendant of Sixteen and 13/100 Dollars ($16.30).

10. The total amount of attorneys' fees and costs incurred in connection with this matter is Eight Thousand Five Dollars and 80/100 ($8,005.80). An itemized billing summary of Plaintiff's fees and expenses is attached hereto as Attachment 1.

11. Should Defendants file a Motion for New Trial, Motion to Set Aside Default, or any equivalent motion, additional time will be required to prepare for and defend against such motion. It is my opinion that ten (10) additional hours of attorney's time will be required and that Four Thousand and No/100 Dollars ($4,000.00) will be a reasonable attorneys' fees for defending against such motion.

12. Should Defendants appeal this matter to the United States Court of Appeals for the Fifth Circuit, additional time will be required to prepare for defend against such appeal. It is my opinion that twenty (20) additional hours of attorney's time will be required and that Eight Thousand and No/100 Dollars ($8,000.00) will be a reasonable attorneys' fees for defending against such appeal.

Doug Welmaker
Douglas B. Welmaker

Date: August 9, 2018